Shannon Seibert, Bar No. 240317
seibert@ssjblaw.com
Joe Bautista, Bar No. 255708
joebau@ssjblaw.com
SEIBERT & BAUTISTA
22 Battery Street, Ste. 888
San Francisco, CA 94111
Telephone: 415.954.9455
Facsimile: 415.494.8115

*Attorneys for Plaintiff*

Kent M. Roger, Bar No. 095987
Brian C. Rocca, Bar No. 221576
Sujal J. Shah, Bar No. 215230
Minna Lo Naranjo, Bar No. 259005
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:    +1.415.442.1000
Fax:   +1.415.442.1001
kent.roger@morganlewis.com
brian.rocca@morganlewis.com
sujal.shah@morganlewis.com
minna.naranjo@morganlewis.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DESOTO CAB COMPANY, INC. d/b/a FLYWHEEL TAXI,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation; UBER USA, LLC, a Delaware limited liability company; RASIER, LLC, a Delaware limited liability company; RASIER-CA, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:16-cv-06385<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND RELATED BRIEFING SCHEDULE** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:16-cv-06385
STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND RELATED BRIEFING SCHEDULE

1   Pursuant to Local Rules 6-1 and 6-2, the parties hereby stipulate to an extension of the
2   deadline for Defendants to respond to the Complaint and for an enlargement of the related
3   briefing schedule.

4   **RECITALS**

5   WHEREAS, Plaintiff filed its Complaint in this action on November 2, 2016 (Dkt. 1) and
6   served Defendants on November 3, 2016;

7   WHEREAS, pursuant to Local Rule 6-1(a), Defendants requested, and Plaintiff agreed, to
8   extend the deadline for Defendants to respond to the Complaint from November 25, 2016 to
9   December 23, 2016;

10  WHEREAS, Defendants intend to file a motion to dismiss the Complaint, and the parties
11  have conferred regarding an appropriate schedule for the briefing on that motion, in light of the
12  upcoming holidays and other scheduling matters;

13  WHEREAS, pursuant to Local Rule 6-2(a), the parties jointly seek to extend the time
14  frames set forth in Local Rule 7-3 for the briefing on a motion;

15  WHEREAS, the parties have not previously sought an order extending time in this matter,
16  and the proposal will not alter the date of any other deadline already fixed by the Court;

17  THEREFORE, the parties, through their undersigned counsel, stipulate as follows, and
18  request that the Court enter an order setting the following deadlines:

19  1.   Defendants shall file their motion to dismiss on or before December 20, 2016.
20  2.   Plaintiff shall file its opposition on or before January 27, 2017.
21  3.   Defendants shall file their reply on or before February 10, 2017.
22  4.   The hearing on the motion to dismiss shall be noticed for the week of February 20,
23  2017 or February 27, 2017, or as soon thereafter as the Court's schedule allows.

24  //
25  //
26  //
27  //
28  //

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1                                                                                Case No. 3:16-cv-06385
STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT
AND RELATED BRIEFING SCHEDULE

**IT IS SO STIPULATED.**

DATED: November 17, 2016     By:  /s/ Brian C. Rocca

                                               Brian C. Rocca[1]
                                               MORGAN, LEWIS & BOCKIUS LLP
                                               *Attorneys for Defendants*

DATED: November 17, 2016     By:  /s/ Shannon Seibert

                                               Shannon Seibert
                                               SEIBERT & BAUTISTA
                                               *Attorneys for Plaintiff*

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 29, 2016

                                               United States District Judge

---

[1] Brian C. Rocca, the filer of this document, hereby attests that he obtained the concurrence of the other signatory, Shannon Seibert, prior to its filing.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2     Case No. 3:16-cv-06385
STIPULATION AND [~~PROPOSED~~] ORDER RE DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND RELATED BRIEFING SCHEDULE