IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESOTO CAB COMPANY, INC., d/b/a FLYWHEEL TAXI,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., UBER USA, LLC, RASIER, LLC, RASIER-CA, LLC, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. C 16-06385 WHA<br><br>**ORDER OF RECUSAL** |

I, the undersigned judge of the Court, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of Paragraph E.2 of the Assignment Plan.

All pending dates of case management conferences, motions, pretrial conferences and trial are hereby **VACATED** and are to be reset by the newly-assigned judge.

**IT IS SO ORDERED.**

Dated: January 10, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE