United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DESOTO CAB COMPANY, INC.,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

Case No. 4:16-cv-06385-JSW

**CLERK'S NOTICE CONTINUING HEARING ON MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 22

YOU ARE HEREBY NOTIFIED that **on May 26, 2017 at 9:00 A.M.**, in Courtroom 5 on the 2nd floor of the Federal Courthouse, 1301 Clay Street, Oakland, California, the HONORABLE JEFFREY S. WHITE will conduct the **Motion to Dismiss** previously noticed for March 10, 2017, in this matter.

YOU ARE FURTHER HEREBY NOTIFIED that on **June 16, 2017 at 11:00 am** in Courtroom 5 on the 2nd floor of the Federal Courthouse, 1301 Clay Street, Oakland, California, the HONORABLE JEFFREY S. WHITE will conduct **the Initial Case Management Conference** previously scheduled for March 31, 2017. The joint case management statement shall be due on or before June 9, 2017.

Dated: February 27, 2017

Susan Y. Soong
Clerk, United States District Court

By: Jennifer Ottolini
Jennifer Ottolini, Deputy Clerk to the
Honorable JEFFREY S. WHITE
510-637-3541