SEIBERT BAUTISTA MONTOYA
Shannon Seibert, Bar No. 240317
Joe Bautista, Bar No. 255708
Nina Montoya, Bar No. 237419
2100 Embarcadero, Suite 203
Oakland, CA 94606
Tel:   510.679.1981
Fax:   510.679.1982
seibert@sbm.law
bautista@sbm.law
montoya@sbm.law

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP
Kent M. Roger, Bar No. 095987
Brian C. Rocca, Bar No. 221576
Sujal J. Shah, Bar No. 215230
Minna L. Naranjo, Bar No. 259005
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:   415.442.1000
Fax:   415.442.1001
kent.roger@morganlewis.com
brian.rocca@morganlewis.com
sujal.shah@morganlewis.com
minna.naranjo@morganlewis.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DESOTO CAB COMPANY, INC. d/b/a FLYWHEEL TAXI,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation; UBER USA, LLC, a Delaware limited liability company; RASIER, LLC, a Delaware limited liability company; RASIER-CA, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:16-cv-06385-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF DEADLINES TO PERMIT ADR PROCESS** |

|   |   |
|---|---|
| 1 | WHEREAS, on April 24, 2020, the Court approved the parties' stipulation, requiring the parties to meet and confer about the status of the case (ECF 102); |

WHEREAS, on April 24, 2020, the Court approved the parties' stipulation, requiring the parties to meet and confer about the status of the case (ECF 102);

WHEREAS, the parties have conferred and have agreed to participate in a private mediation process at the earliest data available, prior to engaging in further litigation activity;

WHEREAS, the parties agree it would conserve party and judicial resources to continue the deadline for Plaintiff to file, if it so elects, a Third Amended Complaint ("TAC");

WHEREAS, the parties propose that continuing the deadline to file any TAC from June 5, 2020 to August 14, 2020 will provide sufficient time to schedule and conduct a mediation and any necessary follow-up sessions in an effort to resolve the action;

THEREFORE, the parties, through counsel, thus stipulate, subject to the Court's approval:

1. The parties shall schedule and engage in an ADR process as soon as is practicable.
2. If, after the parties engage in ADR, the matter has not resolved, the parties shall submit, by August 14, 2020, a stipulation and proposed order advising the Court whether Plaintiff intends to file a TAC and, if so, shall propose a briefing schedule for any related motion practice.
3. The TAC, if any, shall be filed no later than August 14, 2020.

**IT IS SO STIPULATED.**

DATED: May 22, 2020     By:  */s/ Brian C. Rocca*
                                                          MORGAN, LEWIS & BOCKIUS LLP
                                                          *Attorneys for Defendants*

DATED: May 22, 2020     By:  */s/ Shannon Seibert*[1]
                                                          SEIBERT BAUTISTA MONTOYA
                                                          *Attorneys for Plaintiff*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __May 22__, 2020     _____
                                                          Hon. Jeffrey S. White
                                                          United States District Judge

---

[1] Brian Rocca attests that he obtained the consent of Shannon Seibert to file this document.