SEIBERT BAUTISTA MONTOYA
Shannon Seibert, Bar No. 240317
Joe Bautista, Bar No. 255708
Nina Montoya, Bar No. 237419
2100 Embarcadero, Suite 203
Oakland, CA 94606
Tel:   510.679.1981
Fax:   510.679.1982
seibert@sbm.law
bautista@sbm.law
montoya@sbm.law

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP
Kent M. Roger, Bar No. 095987
Brian C. Rocca, Bar No. 221576
Sujal J. Shah, Bar No. 215230
Minna L. Naranjo, Bar No. 259005
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:   415.442.1000
Fax:   415.442.1001
kent.roger@morganlewis.com
brian.rocca@morganlewis.com
sujal.shah@morganlewis.com
minna.naranjo@morganlewis.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DESOTO CAB COMPANY, INC. d/b/a FLYWHEEL TAXI,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation; UBER USA, LLC, a Delaware limited liability company; RASIER, LLC, a Delaware limited liability company; RASIER-CA, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:16-cv-06385-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF DEADLINES TO PERMIT ADR PROCESS** |

WHEREAS, on November 18, 2021, the Court issued an order on Defendants' motion to dismiss (ECF 119);

WHEREAS, the Court directed Defendants to answer the remaining claims by December 3, 2021, and ordered the parties to appear on January 14, 2022 for a case management conference;

WHEREAS, in light of the Court's order, the parties are meeting and conferring to discuss the future of this action, including the potential for an amicable resolution;

WHEREAS, the parties agree that a reasonable continuance of all case deadlines would help facilitate their ongoing meet and confer process and serve the interest of efficiency;

THEREFORE, the parties, through counsel, thus stipulate, subject to the Court's approval:

1.  The parties shall promptly meet and confer about the state of the action and discuss in good faith whether it can be resolved amicably.

2.  If, after the parties meet and confer, the parties determine that further litigation is necessary, the following deadlines shall apply:

    a.  Defendants shall answer by no later than March 25, 2022.

    b.  The parties shall appear on April 15, 2022 at 11:00 a.m., or on a date otherwise set by the Court, for a case management conference.

    c.  The parties shall submit a joint statement seven days prior to the conference.

**IT IS SO STIPULATED.**

DATED:  December 2, 2021          By:   /s/ Brian C. Rocca[1]
                                        MORGAN, LEWIS & BOCKIUS LLP

DATED:  December 2, 2021          By:   /s/ Shannon Seibert
                                        SEIBERT BAUTISTA MONTOYA

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2021   _____
                                  Hon. Jeffrey S. White
                                  United States Senior District Judge

---

[1] Brian Rocca attests that he obtained the consent of Shannon Seibert to file this document.