1  SEIBERT BAUTISTA MONTOYA
   Shannon Seibert, Bar No. 240317
2  Joe Bautista, Bar No. 255708
   Nina Montoya, Bar No. 237419
3  2100 Embarcadero, Suite 203
   Oakland, CA 94606
4  Tel:   510.679.1981
   Fax:   510.679.1982
5  seibert@sbm.law
   bautista@sbm.law
6  montoya@sbm.law

7  *Attorneys for Plaintiff*

8  MORGAN, LEWIS & BOCKIUS LLP
   Kent M. Roger, Bar No. 095987
9  Brian C. Rocca, Bar No. 221576
   Sujal J. Shah, Bar No. 215230
10 Minna L. Naranjo, Bar No. 259005
   One Market, Spear Street Tower
11 San Francisco, CA  94105-1596
   Tel:   415.442.1000
12 Fax:   415.442.1001
   kent.roger@morganlewis.com
13 brian.rocca@morganlewis.com
   sujal.shah@morganlewis.com
14 minna.naranjo@morganlewis.com

15 *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DESOTO CAB COMPANY, INC. d/b/a FLYWHEEL TAXI,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation; UBER USA, LLC, a Delaware limited liability company; RASIER, LLC, a Delaware limited liability company; RASIER-CA, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:16-cv-06385-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION AND ALL CLAIMS WITH PREJUDICE UNDER FRCP 41**<br><br>Hon. Jeffrey S. White |

WHEREAS, Plaintiff filed the above-entitled action in November 2016;

WHEREAS, the Parties have reached an agreement to dismiss the above-entitled action, and all claims asserted herein, with prejudice and with each side to bear their own costs and attorneys' fees;

THEREFORE, the Parties, by and through their respective counsel, stipulate as follows, subject to the Court's approval:

1. Pursuant to Federal Rules of Civil Procedure Rule 41(a), the above-captioned action shall be dismissed in its entirety with prejudice; and

2. The Parties shall bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED: December 9, 2021      By:   */s/ Shannon Seibert*
                                    Shannon Seibert
                                    *Attorneys for Plaintiff*

DATED: December 9, 2021      By:   */s/ Brian C. Rocca*
                                    Brian C. Rocca[1]
                                    *Attorneys for Defendants*

### ~~[PROPOSED]~~ ORDER

The Court, having considered the stipulation of the Parties and good cause appearing, orders as follows:

1. The above-entitled action is dismissed in its entirety with prejudice;

2. The Parties shall bear their own attorney's fees and costs; and

3. The Clerk of the Court is directed to close the case file.

IT IS SO ORDERED.

Dated: December  10 , 2021              _____
                                        Hon. Jeffrey S. White
                                        United States Senior District Judge

---

[1] Shannon Seibert, the filer of this document, hereby attests that she obtained the concurrence of the other signatory, Brian Rocca, prior to its filing.